FILED
August 24, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: NM
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **JOEL MAR ORTEGA,** | § | |
| **Petitioner,** | § | |
| **v.** | § | **NO. SA-26-CV-4158-OLG** |
| **MARKWAYNE MULLIN *et al.*,** | § | |
| **Respondents.** | § | |

## ORDER

Before the Court is Petitioner Joel Mar Ortega's Emergency Moton to Enforce the Court's July 14, 2026 Order (Dkt. No. 7). Respondents failed to file a response. *See* W.D. TEX. LOC. R. CV-7(d)(2).

Petitioner is a citizen of Mexico who entered the United States without inspection decades ago and was apprehended and detained by immigration authorities for the first time on June 8, 2026. He was then placed in removal proceedings and mandatorily detained pursuant to 8 U.S.C. § 1225(b)(2)(A) pending the conclusion of those proceedings. On July 14, 2026, the Court granted Petitioner's request for habeas relief on due-process grounds, requiring Respondents to provide him with a bond hearing to determine whether he poses a danger or flight risk, or otherwise release him under appropriate conditions on or before July 21, 2026, and that Respondents must provide Petitioner's counsel adequate notice of the date and time of the bond hearing. *See* Dkt. No. 6 at 7. On July 20, 2026, Petitioner filed the instant Motion, wherein he advises that his counsel did not receive notice of the date and time of his bond hearing. *See* Dkt. No. 7; *see also* Dkt. No. 7-2.

Upon consideration, the Court finds that the Motion (Dkt. No. 7) should be and hereby is **GRANTED** as follows:

1. Respondents must release Petitioner Joel Mar Ortega from custody under appropriate conditions to a public place on or before **Thursday, August 27, 2026**;

2. Respondents must notify Petitioner's counsel of the exact location and time of Petitioner's release as soon as practicable and **at least two hours before release**; and

3. Respondents must file a status report no later than **two days thereafter** confirming that Petitioner has been released under appropriate conditions.

It is so **ORDERED**.

**SIGNED** on August 24, 2026.

ORLANDO L. GARCIA
United States District Judge